156 So. 641

## GREAT ATLANTIC & PACIFIC TEA CO. v. H. M. SMALLEY.

### 6 Div. 606.

Supreme Court of Alabama.

June 21, 1934.

Rehearing Denied Oct. 11, 1934.

J. L. Drennen, of Birmingham, for petitioner.

Beddow, Ray & Jones, of Birmingham, for respondent.

KNIGHT, Justice.

Petition of the Great Atlantic & Pacific Tea Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Great Atlantic & Pacific Tea Co. v. H. M. Smalley, 156 So. 639.

Writ denied.

GARDNER, BOULDIN, and FOSTER, JJ., concur.